UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Home Point Financial
Corporation,

                Plaintiff(s),

v.                                      Case No. 2:23−cv−11512−BAF−KGA
                                            Hon. Bernard A. Friedman

Trans United Financial
Services, Inc.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Trans United Financial Services, Inc.

    The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                            KINIKIA D. ESSIX, CLERK OF COURT

                                        By: s/ L. Granger
                                              Deputy Clerk

Dated:  August 4, 2023