Original - Garnishee (Part 1)
1st copy - Court (Part 2)
2nd copy - Defendant (Part 2)

3rd copy - Return (proof of service) (Part 2)
4th copy - Plaintiff/Attorney (proof) (Part 2)

Approved, SCAO

| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN | REQUEST AND WRIT FOR GARNISHMENT (NONPERIODIC) | CASE NO. 23-cv-11512 |
|---|---|---|

**Court address**
231 W. Lafayette Blvd., Room 599, Detroit, MI 48226

**Court telephone no.**
(313) 234-5000

FILED FEB 20 2024 CLERK'S OFFICE DETROIT

**Plaintiff's name and address (judgment creditor)**
Home Point Financial Corporation c/o Plunkett Cooney
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304

**Defendant's name and address (judgment debtor)**
Trans United Financial Services, Inc.
17341 Irvine Blvd.
Tustin, CA 92780

**Plaintiff's attorney, bar no., and address**
Erik H. Johnson (P85017), 38505 Woodward Ave., Ste. 100,
Bloomfield Hills, MI 48304

Social security no.   Account no.

**Garnishee name and address**
Wells Fargo Bank, Legal Order Processing
P.O. Box 1416
Charlotte, NC 28201

**Telephone no.**
(248) 901-4000

## REQUEST

1. Plaintiff received judgment against defendant for $ **1,680,649.62** on **August 10, 2023**.
2. The total amount of judgment interest accrued to date is $ **0.00**. The total amount of postjudgment costs accrued to date is $ **312.50**. The total amount of postjudgment payments made and credits to date is $ **0.00**. **The amount of the unsatisfied judgment now due (including interest and costs) is** • $ **1,680,962.12**.
3. Plaintiff knows or with good reason believes the garnishee is indebted to or possesses or controls property belonging to defendant.
4. **Plaintiff requests** a writ of nonperiodic garnishment be paid to ☑ plaintiff, ☐ plaintiff's attorney, ☐ the court, and mailed to ☐ plaintiff. ☑ plaintiff's attorney. ☐ the court.

I declare under the penalties of perjury that this request has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

February 19, 2024
**Date**

/s/Erik H. Johnson
**Plaintiff/Agent/Attorney signature**    Erik H. Johnson (P85017)

## WRIT OF GARNISHMENT | To be completed by the court.

**TO THE PLAINTIFF:** You must provide all copies of the disclosure form (MC 14), two copies of this writ for serving on the garnishee, and a $1.00 disclosure fee for serving on the garnishee. You are responsible for having these documents served on the garnishee within 182 days. If the disclosure states that the garnishee holds property **other than money** belonging to the defendant, you must motion the court within 56 days after the disclosure is filed for an order to apply the property toward the judgment. **NOTE:** The social security number field is blacked out for security reasons on all parts except the garnishee copy.

**TO THE DEFENDANT:**
1. Do not dispose of any negotiable instrument representing a debt of the garnishee or any negotiable instrument of title representing property in which you claim an interest held in the possession or control of the garnishee.
2. You have **14 days** after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, the property or debt held under this writ may be applied to the judgment **28 days** after this writ was mailed or delivered to the garnishee.

**TO THE GARNISHEE:**
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last-known address by first-class mail.
2. Deliver no tangible or intangible property and pay no obligation to the defendant unless allowed by statute or court rule.
3. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
4. If indebted to the defendant, you must withhold an amount not to exceed the amount of the judgment stated in item 2 of the request. Payment of withheld funds must be made **28 days** after you are served with this writ unless notified that an objection has been filed.
5. Make all payments withheld under this writ payable and mailed as specified in the request.
6. If you hold property other than money belonging to the defendant, do not transfer it until further order of the court.

2/20/2024
**Date of issue**

8/20/2024
**Expiration date for service**

[signature]
**Deputy court clerk**

MC 13 (3/23) **REQUEST AND WRIT FOR GARNISHMENT (NONPERIODIC) (Part 1)**    MCL 600.4011 et seq., MCR 3.101