

**FILED**
MAR 27 2024
CLERK'S OFFICE
DETROIT

17441924 REQU

| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN | GARNISHEE DISCLOSURE | CASE NO. and JUDGE 23-cv-11512 |
|---|---|---|

Court address
231 W. Lafayette Blvd., Room 599, Detroit, MI 48226

Court telephone no.
313-234-5000

Plaintiff's name, address, and telephone no. (judgment creditor)
Home Point Financial Corporation c/o Plunkett Cooney
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304

v

Defendant's name, address, and telephone no. (judgment debtor)
Trans United Financial Services, Inc.
17341 Irvine Blvd.
Tustin, CA 92780

Plaintiff's attorney, bar no., address, and telephone no.
Erik Johnson (P85017)
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
248-901-4000

Garnishee name and address
Wells Fargo Bank
Legal Order Processing
P.O. Box 1416
Charlotte, NC 28201

SEE INSTRUCTIONS
1. This disclosure is for a writ of garnishment issued on 2/20/2024 and received by garnishee on 03/04/2024.

☒ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on 03/08/2024.

☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.

☐ c. The garnishee will not withhold payments under the writ of garnishment. The writ of garnishment was served after the deadline date for service and the writ is invalid.

2. At the time of service of the writ:

**Nonperiodic Garnishments**

☐ a. The garnishee is not indebted to the defendant for any amount and does not possess or control the defendant's property, money, etc. Reason: _____

☒ b. The garnishee is indebted to the defendant for nonperiodic payments as follows:

Description of property, money, negotiable instruments, etc. under garnishee's control    Type of account, if applicable

The amount to be withheld is $ $1,592.45 and does not exceed the amount stated in item 2 of the writ.

☐ c. Withholding is exempt because _____
State the exemption and legal authority

**Periodic Garnishments**

☐ d. The garnishee is not obligated to pay the defendant during the period of the writ.

Reason: ☐ not employed. ☐ other _____

Approved, SCAO
Form MC 14, Rev. 9/23
15 USC 1672, 15 USC 1673, MCR 3.101
Page 1 of 5

Distribute form to:
Court
Plaintiff
Garnishee
Defendant

Garnishee Disclosure (9/23)
Page 2 of 5

Case No. 23-cv-11512

**2. (continued)**

☐ e. The garnishee is obligated to pay the defendant during the period of the writ.

Payments are for  ☐ earnings.  ☐ nonearnings _____
Specify nature of payment (see instructions on next page)

Payments are made  ☐ weekly.  ☐ biweekly.  ☐ semimonthly.  ☐ monthly.  ☐ other: _____
frequency of payment

A higher priority writ/order  ☐ is  ☐ is not  currently in effect. If a higher priority writ/order is in effect, complete the following.

_____   _____   _____   _____
Name of court that issued higher priority writ/order   Case number   Date issued   Date served

Withholding under this writ

☐ will begin immediately if sufficient funds are available.

☐ will not begin immediately because defendant is ☐ laid off. ☐ sick. ☐ on leave. ☐ other: _____
specify

I declare under the penalties of perjury that this disclosure has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

03/08/2024                    ANDERS SCOTT, AGENT   *a scott*
Date                          Garnishee/Agent/Attorney signature

**CERTIFICATE OF MAILING**

I certify that:

on 03/08/2024 I mailed or personally delivered the original of this disclosure to the court.

on 03/08/2024 I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.

on 03/08/2024 I mailed or personally delivered a copy of this disclosure to the defendant.

I declare under the penalties of perjury that this certificate of mailing has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

03/08/2024                    ANDERS SCOTT, AGENT   *a scott*
Date                          Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3 of *How to Fill Out Garnishee Disclosure Form*.**

WELLS FARGO
LEVY PROCESSING
MAC S4001-01E
PO BOX 29779
PHOENIX, AZ 85038-9779
PHONE: 480-724-2000
FAX: 866-670-1561

| Approved, SCAO | Original - Garnishee (Part 1)<br>1st copy - Court (Part 2)<br>2nd copy - Defendant (Part 2) | 3rd copy - Return (proof of service) (Part 2)<br>4th copy - Plaintiff/Attorney (proof) (Part 2) |
|---|---|---|

| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF<br>MICHIGAN | REQUEST AND WRIT FOR GARNISHMENT<br>(NONPERIODIC) | CASE NO.<br>23-cv-11512 |
|---|---|---|

**Court address** • Zip Code
231 W. Lafayette Blvd., Room 599, Detroit, MI 48226

**Court telephone no.**
(313) 234-5000

**Plaintiff's name and address (judgment creditor)**
Home Point Financial Corporation c/o Plunkett Cooney
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304

FILED
FEB 20 2024
CLERK'S OFFICE
DETROIT

**Defendant's name and address (judgment debtor)**
Trans United Financial Services, Inc.
17841 Irvine Blvd.
Tustin, CA 92780

**Social security no.**  **Account no.**

**Plaintiff's attorney, bar no., and address**
Erik H. Johnson (P85017), 38505 Woodward Ave.
Bloomfield Hills, MI 48304

**Garnishee name and address**
Wells Fargo Bank, Legal Order Processing
P.O. Box 1416
Charlotte, NC 28201

**Telephone no.**
(248) 901-4000

**REQUEST**

1. Plaintiff received judgment against defendant for $ 1,680,649.62 on August 10, 2023.
2. The total amount of judgment interest accrued to date is $ 0.00. The total amount of postjudgment costs accrued to date is $ 312.50. The total amount of postjudgment payments made and credits to date is $ 0.00. The amount of the unsatisfied judgment now due (including interest and costs) is • $ 1,680,962.12.
3. Plaintiff knows or with good reason believes the garnishee is indebted to or possesses or controls property belonging to defendant.
4. Plaintiff requests a writ of nonperiodic garnishment be paid to ☑ plaintiff, ☐ plaintiff's attorney, ☐ the court, and mailed to ☐ plaintiff, ☑ plaintiff's attorney, ☐ the court.

I declare under the penalties of perjury that this request has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

February 19, 2024
**Date**

/s/Erik H. Johnson
**Plaintiff/Agent/Attorney signature**
Erik H. Johnson (P85017)

**WRIT OF GARNISHMENT** To be completed by the court.
**TO THE PLAINTIFF:** You must provide all copies of the disclosure form (MC 14), two copies of this writ for serving on the garnishee, and a $1.00 disclosure fee for serving on the garnishee. You are responsible for having these documents served on the garnishee within 182 days. If the disclosure states that the garnishee holds property other than money belonging to the defendant, you must motion the court within 56 days after the disclosure is filed for an order to apply the property toward the judgment. **NOTE:** The social security number field is blacked out for security reasons on all parts except the garnishee copy.

**TO THE DEFENDANT:**
1. Do not dispose of any negotiable instrument representing a debt of the garnishee or any negotiable instrument of title representing property in which you claim an interest held in the possession or control of the garnishee.
2. You have 14 days after this writ is mailed or delivered to you to file objections with the court. If you do not take this action within this time, without further notice, the property or debt held under this writ may be applied to the judgment 28 days after this writ was mailed or delivered to the garnishee.

**TO THE GARNISHEE:**
1. Within **7 days** after you are served with this writ, you must deliver a copy of this writ to the defendant in person or mail a copy to his or her last-known address by first-class mail.
2. Deliver no tangible or intangible property and pay no obligation to the defendant unless allowed by statute or court rule.
3. Within **14 days** after you are served with this writ, you must deliver or mail copies of your verified disclosure (MC 14) to the court, plaintiff/attorney, and defendant. A default may be entered against you for failure to comply with this order.
4. If indebted to the defendant, you must withhold an amount not to exceed the amount of the judgment stated in item 2 of the request. Payment of withheld funds must be made **28 days** after you are served with this writ unless notified that an objection has been filed.
5. Make all payments withheld under this writ payable and mailed as specified in the request.
6. If you hold property other than money belonging to the defendant, do not transfer it until further order of the court.

2/20/2024            8/20/2024
**Date of issue**   **Expiration date for service**   **Deputy court clerk**

MC 13 (3/23) REQUEST AND WRIT FOR GARNISHMENT (NONPERIODIC) (Part 1)   MCL 600.4011 et seq., MCR 3.101



**WELLS FARGO**

Writs and Levies Dept.
MAC S4001-01E
PO Box 29779
Phoenix, AZ 85038

March 8, 2024

United States District Court For The Eastern Distr
United States District Court For The Eastern Distr
231 W Lafayette Blvd
Detroit, MI 48226

Subject: **Amended** information provided in response to your request
   Date issued: February 20, 2024
   Legal order amount: $1,680,962.12
   Wells Fargo case number: 17441924
   Your reference number: 23CV11512
   Judgment debtor: TRANS UNITED FINANCIAL SERVICES INC

Dear United States District Court For The Eastern Distr:

We received your legal documents related to the case above and are providing the information you requested.

| Account Number | Account Location | Amount Subject to Garnishment |
|---|---|---:|
| XXXXXX7370 | California | $1,166.47 |
| XXXXXX6319 | California | $425.98 |
| | **Amended Funds Held Total:** | **$1,592.45** |

If you have questions, please call us at (480) 724-2000, Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern Time. We accept all relay calls, including 711.

Thank you.

Deposit and Legal Services
Writs and Levies Dept.



**Wells Fargo Bank, N.A.**
Legal Order Processing
MAC S4001-01E
PO BOX 29779
Phoenix, AZ 85038

**Important Information Enclosed**



US POSTAGE $ 000.64